591

**No. 45618.**—Protest 943701–G of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel squawker balloons in part of bamboo similar to those the subject of Abstract 40493 were held dutiable at 45 percent under paragraph 409 and siren whistles like those the subject of Abstracts 39948 and 40480 were held dutiable at 45 percent under paragraph 397.

**No. 45619.**—Protests 935390–G, etc., of Wm. Shaland (New York).

Opinion by Oliver, P. J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) Paddle trick, jump stick, or wood stick trick like those the subject of Abstract 44028 at 33⅓ percent under paragraph 412; (2) cigarette whistles in part of bamboo at 45 percent under paragraph 409, Abstract 39509 followed; and (3) fur dogs, fur animals, and novelties similar to those the subject of Abstract 41823 at 50 percent under paragraph 1519 (e).

**No. 45620.**—Protests 17077–K, etc., of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) Whistling balloons, rubber balloons, and noisemakers in part of bamboo like those the subject of Abstract 40493 at 45 percent under paragraph 409; (2) rubber mice in part of bamboo similar to those the subject of Abstract 40389 at 45 percent under paragraph 409; and (3) siren whistles similar to those the subject of Abstracts 39948 and 40480 at 45 percent under paragraph 397.

**No. 45621.**—Protest 992183–G of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 41823 the fur dogs in question were held dutiable at 50 percent under paragraph 1519 (e) as claimed.

BEFORE THE SECOND DIVISION, APRIL 2, 1941

**No. 45622.**—Protests 7207–K, etc., of American Merchandise Co. et al. (New York).

Opinion by DALLINGER, J. The tape measures in question were held dutiable at 40 percent under paragraph 339 in accordance with stipulation of counsel and on the authority of Abstract 43372.